AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Angelica F. Dragon and Gary L. Dragon,<br><br>V.<br><br>Nancy L. Hassinger, Duluth Clinic, Ltd., St. Mary's/Duluth Clinic Health System, and United States of America, | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number:  08-1899 JRT/RLE |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to 28 U.S.C. §2679(d)(5) and the Stipulation to Dismiss Without Prejudice [Docket No. 23], which stipulation is incorporated herein by reference, the action against the United States of America is dismissed without prejudice, each party to bear its own attorney's fees, disbursements, and costs. Notwithstanding this Order of Dismissal, any and all of the defenses to this action that the United States of America had or may have are hereby preserved including specifically any defense as to the failure of the Plaintiffs to present an administrative claim to the appropriate federal agency and/or the timeliness of any such administrative claim.

In the absence of any other basis of continuing jurisdiction in this Court, this action shall be remanded to the District Court for St. Louis County, State Minnesota.

| | |
|---|---|
| September 9, 2008 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/Rena L. Riemer |
| (By) | Rena Lexvold Riemer,   Deputy Clerk |

Form Modified:  09/16/04